801 A.2d 1207

Stanley MONEY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

No. 17 EAP 2002.

Supreme Court of Pennsylvania.

May 3, 2002.

*O R D E R*

PER CURIAM:

**AND NOW,** this 3rd day of May, 2002, the above captioned appeal is quashed as untimely. 42 Pa.C.S. 5571; Pa.R.A.P. 105(b).